### [ COOLY v. JOHNSON ]

Henry Cooly plaint. ag^t Benjamin Johnson Defend^t in an action of debt of Eight pounds or thereabouts due by bill & all due damages according to attachm^t Dat. aprill 26th 1675. . . . The Jury . . . founde for the plaint. Seven pounds Seventeen Shillings to bee p^d according to bill & costs of Court £:1:13:1 or equivalent to those Species.

Execucion issued aug° 3^d 1675   [ 331 ].

### GIFFARD ag^t FLOYDE

John Giffard plaint. ag^t John Floyde (Attourny to Henry Dispaw the elder & Henry Dispaw the younger) Defendant according to Attachm^t Dat. June. 2^d 1675. The plaint. in failure of his process having arrested onely the Attourny was NonSuited & costs grant^d the Defend^t nine Shillings ten pence.

Execucion issued 27° march. 1677.